

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Nawaid Isa, Appellant

No. 06-16-00070-CV      v.

Public Utility Commission of Texas; Ambit Energy, LLC; and CenterPoint Energy Houston Electric, LLC, Appellees

Appeal from the 201st District Court of Travis County, Texas (Tr. Ct. No. D-1-GN-15-002634). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Nawaid Isa, pay all costs of this appeal.

RENDERED MAY 26, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk